**Order issued September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-13-01491-CR**
**No. 05-13-01492-CR**

_____

**JUAN JOSHIOS ORTIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Francis, Myers, and Lewis

Based on the Court's opinion of this date, we **GRANT** the April 2, 2014 motion of Stephanie Hudson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Stephanie Hudson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Juan Joshios Ortiz, TDCJ No. 1679846, Gib Lewis Unit, 777 FM 3497, Woodville, Texas, 75990.

/ Lana Myers/
LANA MYERS
JUSTICE